United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 16-12496-amc
Antonette Bufford                                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett            Page 1 of 2              Date Rcvd: Oct 12, 2016
                                Form ID: pdf900            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
db          +Antonette Bufford,    537 E. Tulpehocken Street,    Philadelphia, PA 19144-1031
13706536    +Amerimark Premier,    1515 S 21st St,   Clinton, IA 52732-6676
13706537    +City of Philadelphia,    Bureau of Administrative Adjudication,    913 Filbert Street,
              Philadelphia, PA 19107-3117
13744369     Educational Credit Management Corporation,    PO Box 16408,   St. Pau, MN 55116-0408
13706540    +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13720676    +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13706541    +Midland Mtg/Midfirst,    999 Nw Grand Blvd,   Oklahoma City, OK 73118-6051
13748219    +Philadelphia Gas Works,    800 W Montgomery Ave,   Philadelphia Pa 19122-2898,
              Attn: bankruptcy Dept 3F
13706543    +Swiss Colony,    1112 7th Ave,   Monroe, WI 53566-1364
13706544    +Verizon,    500 Technology Dr Suite 300,   Weldon Spring, MO 63304-2225
13706546    +Xerox Soluti,    Pob 41818,   Philadelphia, PA 19101-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Oct 13 2016 02:07:42    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 13 2016 02:07:21
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 13 2016 02:07:36    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13798040     E-mail/Text: bankruptcy@phila.gov Oct 13 2016 02:07:42    City of Philadelphia,
              Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13706538    +E-mail/Text: equiles@philapark.org Oct 13 2016 02:07:49    City of Philadelphia,
              Parking Violations Branch,    P.O. Box 41818,   Philadelphia, PA 19101-1818
13706539    +E-mail/Text: creditonebknotifications@resurgent.com Oct 13 2016 02:07:06    Credit One Bank Na,
              Po Box 98875,    Las Vegas, NV 89193-8875
13751151     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 13 2016 02:09:53
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13706545     E-mail/Text: james.feighan@phila.gov Oct 13 2016 02:07:50    Water Revenue Bureau,
              1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13706542       ##philadelphia parking authority,   2467 grant avenue,    Philadelphia, PA 19114-1004
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MIDFIRST BANK C/O MIDLAND MORTGAGE
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Antonette  Bufford dmo160west@gmail.com,
               davidoffenecf@gmail.com

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Oct 12, 2016
                              Form ID: pdf900              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                    TOTAL: 5

In re                                              :        Chapter 13

ANTONETTE BUFFORD

Debtor(s)
                                                   :        Bankruptcy No. 16-12496AMC

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 24 day of October 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that     A.   a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;
   B.   the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provision of title 11 U.S.C.;
   C.   any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;
   D.   the plan has been proposed in good faith and not by any means forbidden by law;
   E.   the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under chapter 7 of title 11 on such date;
   F.   with respect to each allowed secured claim provided for by the plan-
      (1)  the holder of such claim has accepted the plan;
      (2) (a)   the plan provides that the holder of such claim retain the lien securing such claim, and
          (b)   the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claims is not less than the allowed amount of such claim; or
      (3) the debtor has agreed to surrender or has surrendered the property securing such claim to such holder of the claim; and
   G.   the debtor will be able to make all payments under the plan and to comply with the plan;
WHEREFORE, it is ORDERED:
   1.   that the plan is CONFIRMED
   2.   that pursuant to 11 U.S.C. 1327 the provisions of the confirmed plan bind the debtor and each of the creditors of the debtor, whether or not the claim of such creditor is provided for by the plan, and whether or not said creditor has objected to, has accepted or has rejected the plan; and
   3.   that all property of the estate, including any income, earnings, other property which may become a part of the estate during the administration of the case which property is not proposed, or reasonably contemplated, to be distributable to claimants under the plan shall revest in the debtor(s); provided, however, that no property received by the trustee for the purpose of distribution under the plan shall revest in the debtor except to the extent that such property may be in excess of the amount needed to pay in full all allowed claims as provided in the plan.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge