# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Antonette Bufford
        Debtor

MIDFIRST BANK
        Movant

v.

Antonette Bufford
        Debtor

William C. Miller, Esq.
        Trustee

Chapter 13

NO. 16-12496 AMC

## ORDER

AND NOW, this _____ day of _____, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on May 24, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified to allow MIDFIRST BANK, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage on 537 East Tulpehocken Street, Philadelphia, PA 19144.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: August 28, 2017**

_____
United States Bankruptcy Judge

cc: See attached service list

Antonette Bufford
537 E. Tulpehocken Street
Philadelphia, PA 19144

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

David M. Offen, Esq.
601 Walnut Street  Suite 160
West Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532