United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Antonette Bufford
          Debtor

Case No. 16-12496-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: Antoinett        Page 1 of 2          Date Rcvd: Oct 03, 2017
                          Form ID: pdf900        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
db            +Antonette Bufford,    537 E. Tulpehocken Street,    Philadelphia, PA 19144-1031
13706536      +Amerimark Premier,    1515 S 21st St,    Clinton, IA 52732-6676
13706537      +City of Philadelphia,    Bureau of Administrative Adjudication,    913 Filbert Street,
               Philadelphia, PA 19107-3117
13744369       Educational Credit Management Corporation,    PO Box 16408,    St. Pau, MN 55116-0408
13706540      +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13720676      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13706541      +Midland Mtg/Midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
13748219      +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia Pa 19122-2898,
               Attn: bankruptcy Dept 3F
13706543      +Swiss Colony,    1112 7th Ave,    Monroe, WI 53566-1364
13706544      +Verizon,    500 Technology Dr Suite 300,    Weldon Spring, MO 63304-2225
13706545       Water Revenue Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1663
13706546      +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Oct 04 2017 01:44:08     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2017 01:43:43
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2017 01:43:58     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13798040       E-mail/Text: bankruptcy@phila.gov Oct 04 2017 01:44:08     City of Philadelphia,
               Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13706538      +E-mail/Text: equiles@philapark.org Oct 04 2017 01:44:20     City of Philadelphia,
               Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
13706539      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 04 2017 01:45:46     Credit One Bank Na,
               Po Box 98875,    Las Vegas, NV 89193-8875
13751151       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 04 2017 01:54:10
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                        TOTAL: 7

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13706542       ##philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
                                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                         Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   MIDFIRST BANK C/O MIDLAND MORTGAGE
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Antonette  Bufford dmo160west@gmail.com,
               davidoffenecf@gmail.com

District/off: 0313-2        User: Antoinett        Page 2 of 2        Date Rcvd: Oct 03, 2017
                       Form ID: pdf900       Total Noticed: 19

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,  philaecf@gmail.com
                                         TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTONETTE BUFFORD                                    Chapter 13


                              Debtor              Bankruptcy No. 16-12496-AMC


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

       **AND NOW**, this __3rd_____ day of __October_____, 201_7_, upon consideration of the Motion
to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that
counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated
(if such has not been previously filed); and it is further

       **ORDERED**, that any wage orders are hereby vacated.


_____
                              Ashely M. Chan
                              Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
ANTONETTE BUFFORD

537 E. TULPEHOCKEN STREET

PHILADELPHIA, PA 19144